Fill in this information to identify the case:

United States Bankruptcy Court for the:
DISTRICT OF COLORADO

Case number *(if known)* _____ Chapter 7

☐ Check if this is an amended filing

FILED
KENNETH S. GARDNER, CLERK
2019 JAN 16 A 8:09
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

19-10286 TBM

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. Chapter of the Bankruptcy Code

   *Check one:*
   
   X  Chapter 7
   ☐  Chapter 11

**Part 2: Identify the Debtor**

2. Debtor's name: **11380 Smith Rd LLC**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN): **46-4766309**
   EIN

5. Debtor's address

   **Principal place of business**
   
   11380 Smith Road
   Number          Street
   
   Aurora, CO 80010
   City                State    Zip Code
   
   Adams
   County

   **Mailing address, if different**
   
   Number          Street
   
   P.O. Box
   
   City                State    Zip Code
   
   Location of principal assets, if different from principal place of business
   
   Number          Street
   
   City                State    Zip Code

6. Debtor's website (URL) _____

7. Type of debtor
   
   x Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  11380 Smith Rd LLC                                   Case number (if known) _____

8. **Type of debtor's business**   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44)
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☐ No
   - ☒ Yes.

   Debtor: 11380 Smith Rd LLC   Relationship: _____
   District: Colorado   Date filed: 02/13/2018 (MM/DD/YYYY)   Case number, if known: 18-10965 TBM

   Debtor: _____   Relationship: _____
   District: _____   Date filed: _____ (MM/DD/YYYY)   Case number, if known: _____

**Part 3: Report About the Case**

10. **Venue**   Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☒ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Mid America Plastic Systems | Money loaned | $1,200,000.00 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $1,200,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4: Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Debtor  11380 Smith Rd LLC                                    Case number (if known) _____

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                    **Attorneys**

Name and mailing address of petitioner
**Mid America Plastic Systems**
Name

**1510 Jade Rd**
Number   Street
**Columbia, MO 65201**
City                State       Zip Code

Name and mailing address of petitioner's representative, if any
**Timothy J. Henzel**
Name

_____
Number   Street

_____
City                State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  1/15/2019
             MM/DD/YYYY

/s/ Tom H.                    President
Signature of petitioner or representative, including representative's title

**Duncan E. Barber**
Printed name

**Shapiro Bieging Barber Otteson, LLP**
Firm name, if any
**7979 E. Tufts Avenue, Suite 1600**
Number   Street
**Denver, CO 80237**
City                    State       Zip Code
Contact phone  **(720) 488-0220**   Email  **dbarber@sbbolaw.com**

Bar number  **16768**

State  **Colorad**

_____
Signature of attorney
Date signed  _____
              MM/DD/YYYY

Debtor    11380 Smith Rd LLC                                              Case number *(if known)*

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Mid America Plastic Systems
Name

1510 Jade Rd
Number    Street
Columbia, MO 65201
City                           State           Zip Code

**Name and mailing address of petitioner's representative, if any**

Timothy J. Henzel
Name

_____
Number    Street

_____
City                           State           Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
                MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

Duncan E. Barber
Printed name

Shapiro Bieging Barber Otteson, LLP
Firm name, if any
7979 E. Tufts Avenue, Suite 1600
Number    Street
Denver, CO 80237
City                           State           Zip Code
Contact phone  (720) 488-0220    Email  dbarber@sbbolaw.com

Bar number   16768

State    Colorad

*[signature]*
Signature of attorney
Date signed   01-15-2019
                MM / DD / YYYY