UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| 11380 Smith Road, LLC ) | Case No. 19-10286 (TBM) |
| EIN: 46-4766309 ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of Debtor 11380 Smith Road, LLC and further requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to the Local Bankruptcy Rule 9013-1, be served upon the following:

Aaron A. Garber, Esq.
Buechler & Garber, LLC
999 18th Street, Suite 1230-S
Denver, CO 80202
(720)- 381-0045 / Fax: (720) 381-0382
aaron@bandglawoffice.com

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED January 18, 2019

Respectfully submitted,
BUECHLER & GARBER, LLC

*/s/ Aaron A. Garber*

_____
Aaron A. Garber, #36099
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
aaron@bandglawoffice.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on January 18, 2019 I served by ECF a copy of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**, on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

| | |
|---|---|
| Duncan E. Barber<br>7979 E. Tufts Avenue<br>Ste. 1600<br>Denver, CO 80237-3358 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St. Ste. 12-200<br>Denver, CO 80294-6004 |

By: */s/ Nichole Garber*
      For Buechler & Garber, LLC