**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 19-10286-TBM |
| 11380 Smith Rd LLC ) | Chapter 7 |
| ) | |
| Debtor ) | |

**NOTICE OF FILING WAIVER AND ACCEPTANCE OF SERVICE**

PLEASE TAKE NOTICE that Mid America Plastic Systems, by and through its attorneys Shapiro Bieging Barber Otteson, LLP, hereby files the attached executed Waiver and Acceptance of Service of Summons to Debtor in Involuntary Case dated January 16, 2019.

DATED: January 21, 2019.

SHAPIRO BIEGING BARBER OTTESON LLP

/s/ *Duncan E. Barber*
Duncan E. Barber, #16768
7979 E. Tufts Avenue, Suite 1600
Denver, Colorado 80237
Telephone (720) 488-0220
Facsimile (720) 488-7711
dbarber@sbbolawyers.com
Attorneys for Debtor

541336

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                              )
                                                    )   Case No. 19-10286-TBM
11380 Smith Rd LLC                                  )   Chapter 7
                                                    )
Debtor                                              )

## WAIVER AND ACCEPTANCE OF SERVICE

The undersigned, Aaron Garber, as counsel for 11380 Smith Rd LLC ("Debtor"), acknowledges receipt of the Summons to Debtor in Involuntary Case dated January 16, 2019, in the above-entitled action, and hereby accepts service of the same for Debtor.

DATED: January 18, 2019          FOR 11380 SMITH RD LLC

                                 By: /s/ Aaron A. Garber
                                 Aaron A. Garber, #36099
                                 BUECHLER & GARBER, P.C.
                                 999 18th Street, Suite 1230S
                                 Denver, CO 80202
                                 Telephone: 720-831-0045
                                 Facsimile: 720-831-0382
                                 Email: aaron@bandglawoffice.com

00540724