IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>11380 SMITH ROAD, LLC,<br>EIN: 46-4766309,<br><br>    Debtor. | )<br>)<br>)   Case No. 19-10286(TBM)<br>)   Chapter 7<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

      I certify that on January 25, 2019, I served a complete copy *via* first class mail of: (i) ***11380 East Smith RD Investments, LLC's, Motion to Dismiss Involuntary Bankruptcy Case*** (the "**Motion**"); and (ii) **LBR 9013-1.1 Notice of Motion (the "Notice")**, on all parties identified in the Debtor's Creditor's Matrix as of January 25, 2019, in the pending Chapter 11 Case of the Debtor (Case No. 18-10965(TBM) in order to give all of the Debtor's creditors and parties in interest the best notice possible of the Motion and Notice, and in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.  *See* Exhibit 1.

Additionally, I have served the Motion and Notice *via* first class mail on:

Aaron A. Garber
999 18th Street, Ste. 1230
Denver, CO 80202
*Counsel to the Debtor in this Involuntary Case*

Duncan Barber
7070 E. Tufts Avenue, Ste. 1600
Denver, CO 80237
*Counsel to the Petitioning Creditor in this Involuntary Case*

Mid America Plastic Systems
c/o Tim Henzel
1510 Jade Rd
Columbia Missouri 80237
*Petitioning Creditor*

                              s/ *Timothy M. Swanson*

```
Label Matrix for local noticing          11380 SMITH RD LLC                 Duncan E. Barber
1082-1                                   11380 Smith Road                   7979 E. Tufts Avenue
Case 19-10286-TBM                        Aurora, CO 80010-1406              Ste. 1600
District of Colorado                                                        Denver, CO 80237-3358
Denver
Fri Jan 25 13:58:34 MST 2019

Aaron A Garber                           Mid America Plastic Systems        (c)TIMOTHY M. SWANSON
999 18th St.                             1510 Jade Rd                       1400 16TH ST STE 600
Ste. 1230 S.                             Columbia, MO 65201-1702            DENVER CO  80202-1486
Denver, CO 80202-2499


US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004
```

                    Addresses marked (c) above for the following entity/entities were corrected
                          as required by the USPS Locatable Address Conversion System (LACS).

```
Timothy M. Swanson
1400 16th St.
6th Floor
Denver, CO 80202
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)11380 East Smith Rd Investments, LLC       End of Label Matrix
                                              Mailable recipients    6
                                              Bypassed recipients    1
                                              Total                  7
```