**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH ROAD, LLC, ) | Case No. 19-10286(TBM) |
| EIN: 46-4766309, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF MOTION FOR RELIEF FROM STAY AND OPPORTUNITY FOR HEARING**

**OBJECTION DEADLINE: FEBRUARY 7, 2019**

NOTICE IS HEREBY GIVEN that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the Motion has been has been set for **February 14, 2019, at 9:00 a.m. at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom E, Fifth Floor, Denver, Colorado 80202**.[1]  The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

If you desire to oppose the Motion, you must file with this court a written objection to the Motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below. If you file an objection, you are required to comply with L.B.R. 4001-1 regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) attendance at the above-scheduled hearing in person or through counsel, if represented.

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

---

[1] Pursuant to the Court's Order dated January 30, 2019 (Docket No. 10) (the "**Order**"), the Court has authorized Movant to select a hearing date that is "which is approximately 14 days, more or less, from the filing of the [] motion for relief from stay . . ." (Docket No. 10 at p. 2). Additionally, the Order provided that "any objection to the [] motion shall be filed by a specific date that is seven days prior to the hearing date selected . . ." (*Id*.).

4850-6712-0006.1

**Dated:**   Denver, Colorado
January 31, 2019

        MOYE WHITE LLP

        <u>s/ *Timothy M. Swanson*</u>
        Timothy M. Swanson, #47267
        David A. Laird, #31067
        Moye White LLP
        1400 16th Street, 6th Floor
        Denver, Colorado 80202
        Email: tim.swanson@moyewhite.com
             david.laird@moyewhite.com
        Phone:  (303) 292-2900
        Fax:     (303) 292-4510
        *11380 East Smith RD Investments, LLC*

4850-6712-0006.1