### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 11380 SMITH ROAD, LLC, | ) | Case No. 19-10286(TBM) |
| EIN: 46-4766309, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

### CERTIFICATE OF SERVICE

---

I certify that on January 31, 2019, I served a complete copy *via* first class mail of: (i) 11380 East Smith RD Investments, LLC's, Motion for Relief From Automatic Stay Pursuant to Section 362(d)(1) and (4) of the Bankruptcy Code (the "**Motion**"); and (ii) Notice of Motion for Relief from Stay and Opportunity for Hearing (the "**Notice**"), on all parties identified in the Debtor's Creditor's Matrix as of January 31, 2019, in the pending Chapter 11 Case of the Debtor (Case No. 18-10965(TBM) in order to give all of the Debtor's creditors and parties in interest the best notice possible of the Motion and Notice, and in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules. *See* <u>Exhibit 1</u>.

Additionally, I have served the Motion and Notice *via* first class mail on:

Aaron A. Garber
999 18th Street, Ste. 1230
Denver, CO 80202
*Counsel to the Debtor in this Involuntary Case*

Duncan Barber
7979 E. Tufts Avenue, Ste. 1600
Denver, CO 80237
*Counsel to the Petitioning Creditor in this Involuntary Case*

Mid America Plastic Systems
c/o Tim Henzel
1510 Jade Rd
Columbia Missouri 80237
*Petitioning Creditor*

11380 Smith RD LLC
c/o Mr. Louis Hard

4843-2309-0054.1

11380 Smith Road
Aurora, CO 80010
*Debtor*

United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 12-200
Denver, CO 80294
*United States Trustee*

Adams County Treasurer
Brigitte Grimm, Treasurer
4430 S. Adams Parkway
Brighton, CO 80601

s/ *Timothy M. Swanson*

2

4843-2309-0054.1

Label Matrix for local noticing
1082-1
Case 18-10965-TBM
District of Colorado
Denver
Thu Jan 31 15:58:17 MST 2019

11380 E. Smith Rd Investments, LLC
Kresher Capital
3050 Aventura Blvd., 3rd Floor
Miami, FL 33180-3112

11380 East Smith Rd Investments, LLC
333 SE 2nd Avenue, Suite 3588
Miami, FL 33131-2183

11380 SMITH RD LLC
11380 Smith Road
Aurora, CO 80010-1406

Adams County Treasurer
PO Box 869
Brighton, CO 80601-0869

Robert Samuel Boughner
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Douglas W Brown
2000 S. Colorado Blvd.
Tower Two Ste., 700
Denver, CO 80222-7900

CBRE, Inc.
8390 E. Crescent Parkway
Suite 300
Greenwood Village, CO 80111-2813

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Henzel, Tim
1510 Jade Road
Columbia, MO 65201-1702

IRS
PO Box 7346
Philadelphia PA 19101-7346

Louis Hard
7585 S. Biscay Street
Aurora, CO 80016-1804

Merlin Law Group, P.A.
999 18th St.
Ste. 3000
Denver, CO 80202-2449

Daniel J. Morse
308 W. 21st St.
Ste. 203
Cheyenne, WY 82001-3669

Owners Insurance Company
Division of Insurance
1560 Broadway
Denver, CO 80202-4942

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Springer & Steinberg, P.C.
1600 Broadway
Ste. 1200
Denver, CO 80202-4920

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202-3506

Weinman & Associates, P.C.
730 17th St Ste 240
Denver, CO 80202-3506

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484-9477

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

EXHIBIT 1