# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH ROAD, LLC, ) | Case No. 19-10286(TBM) |
| EIN: 46-4766309, ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## LBR 9013-1.1 AMENDED NOTICE OF MOTION

### Objection Deadline: February 22, 2019

NOTICE IS HEREBY GIVEN that 11380 East Smith Rd Investments, LLC (the "**Movant**"), has filed a Motion to Dismiss Involuntary Bankruptcy Case (the "**Motion**"), with the Court and requests the following relief: that the involuntary bankruptcy case filed by Mid America Plastics Systems be dismissed because it was filed in bad faith and that the petitioning creditor's claim be recharacterized from debt to equity thereby eliminating the requirement to have a petitioning creditor.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

**Dated:** Denver, Colorado
February 1, 2019

MOYE WHITE LLP

s/ *Timothy M. Swanson*
Timothy M. Swanson, #47267
David A. Laird, #31067
Moye White LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202
Email: tim.swanson@moyewhite.com
           david.laird@moyewhite.com
Phone: (303) 292-2900
Fax:    (303) 292-4510
*Attorneys for 11380 East Smith RD Investments, LLC*