# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| 11380 SMITH ROAD, LLC, ) | Case No. 19-10286(TBM) |
| EIN: 46-4766309, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

## AMENDED CERTIFICATE OF SERVICE

  I certify that on February 1, 2019, I served a complete copy *via* first class mail of: (i) ***11380 East Smith RD Investments, LLC's, Motion to Dismiss Involuntary Bankruptcy Case*** (**the "Motion"**); and (ii) **LBR 9013-1.1 Amended Notice of Motion (the "Notice")**, on all parties identified in the Debtor's Creditor's Matrix as of February 1, 2019, in the pending Chapter 11 Case of the Debtor (Case No. 18-10965(TBM)) in order to give all of the Debtor's creditors and parties in interest the best notice possible of the Motion and Notice, and in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules. *See* Exhibit 1.

Additionally, I have served the Motion and Notice *via* first class mail on:

Aaron A. Garber
999 18th Street, Ste. 1230
Denver, CO 80202
*Counsel to the Debtor in this Involuntary Case*

Duncan Barber
7979 E. Tufts Avenue, Ste. 1600
Denver, CO 80237
*Counsel to the Petitioning Creditor in this Involuntary Case*

Mid America Plastic Systems
c/o Tim Henzel
1510 Jade Rd
Columbia Missouri 80237
*Petitioning Creditor*

11380 Smith RD LLC
c/o Mr. Louis Hard
11380 Smith Road
Aurora, CO 80010
*Debtor*

4811-1215-3990.1
4811-1215-3990.1

United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 12-200
Denver, CO 80294
*United States Trustee*

                                                                s/ *Timothy M. Swanson*

4811-1215-3990.1
4811-1215-3990.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 18-10965-TBM<br>District of Colorado<br>Denver<br>Fri Feb  1 08:20:12 MST 2019 | 11380 E. Smith Rd Investments, LLC<br>Kresher Capital<br>3050 Aventura Blvd., 3rd Floor<br>Miami, FL 33180-3112 | 11380 East Smith Rd Investments, LLC<br>333 SE 2nd Avenue, Suite 3588<br>Miami, FL 33131-2183 |
| 11380 SMITH RD LLC<br>11380 Smith Road<br>Aurora, CO 80010-1406 | Adams County Treasurer<br>PO Box 869<br>Brighton, CO 80601-0869 | Robert Samuel Boughner<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Douglas W Brown<br>2000 S. Colorado Blvd.<br>Tower Two Ste., 700<br>Denver, CO 80222-7900 | CBRE, Inc.<br>8390 E. Crescent Parkway<br>Suite 300<br>Greenwood Village, CO 80111-2813 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 |
| | Henzel, Tim<br>1510 Jade Road<br>Columbia, MO 65201-1702 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| | Louis Hard<br>7585 S. Biscay Street<br>Aurora, CO 80016-1804 | Merlin Law Group, P.A.<br>999 18th St.<br>Ste. 3000<br>Denver, CO 80202-2449 |
| Daniel J. Morse<br>308 W. 21st St.<br>Ste. 203<br>Cheyenne, WY 82001-3669 | Owners Insurance Company<br>Division of Insurance<br>1560 Broadway<br>Denver, CO 80202-4942 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 |
| Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Springer & Steinberg, P.C.<br>1600 Broadway<br>Ste. 1200<br>Denver, CO 80202-4920 | |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 | Weinman & Associates, P.C.<br>730 17th St Ste 240<br>Denver, CO 80202-3506 |
| Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

EXHIBIT 1