United States Bankruptcy Court
District of Colorado

In re:  
11380 SMITH RD LLC  
    Debtor

Case No. 19-10286-TBM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: barnesl     Page 1 of 1     Date Rcvd: Jan 30, 2019  
                        Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2019.  
db          +11380 SMITH RD LLC,   11380 Smith Road,   Aurora, CO 80010-1406  
ptcrd       +Mid America Plastic Systems,   1510 Jade Rd,   Columbia, MO 65201-1702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2019 at the address(es) listed below:  
           Aaron A Garber    on behalf of Debtor    11380 SMITH RD LLC Aaron@bandglawoffice.com,  
             nichole@bandglawoffice.com;celina@bandglawoffice.com  
           Duncan E. Barber    on behalf of Petitioning Creditor    Mid America Plastic Systems  
             dbarber@sbbolaw.com,   mal@sbbolaw.com  
           Timothy M. Swanson    on behalf of Creditor    11380 East Smith Rd Investments, LLC  
             tim.swanson@moyewhite.com,  
             audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com;robin.anderson@moyewhite.com  
           US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                 TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re:

11380 SMITH RD LLC,

Debtor.

Bankruptcy Case No. 19-10286 TBM
Chapter 7

_____

**ORDER ON 11380 EAST SMITH RD INVESTMENTS, LLC MOTION FOR ENTRY OF ORDER PURSUANT TO COURT APPROVED STIPULATED AGREEMENT**
_____

THIS MATTER comes before the Court on the "Motion for Entry of Order Pursuant to Court Approved Stipulated Agreement" (Docket No. 6, the "Motion") filed by 11380 East Smith RD Investments, LLC (the "Lender").  The Lender seeks an order granting it relief from the automatic stay of 11 U.S.C. § 362(a) which went into effect upon the filing of the Involuntary Petition (Docket No. 2) in this Chapter 7 case (the "Involuntary Case") against the Debtor, 11380 Smith RD LLC (the "Debtor").  The Debtor's case is essentially a single asset real estate case and the Lender is secured by the real property which is the sole asset of the Debtor.

Also pending before the Court is the voluntary Chapter 11 Case of the Debtor: *In re 11380 Smith RD LLC*, 18-10965 TBM (Bankr. D.Colo.) (the "Prior Chapter 11 Case").  In that case, the Lender, the Debtor and the principal of the Debtor negotiated a Stipulated Agreement (Docket No. 98-2 in the Prior Chapter 11 Case, the "Stipulated Agreement") to resolve the Lender's Motion for Relief from Stay filed in the Prior Chapter 11 Case.  The Debtor defaulted on the terms of the Stipulated Agreement and the Lender obtained an order confirming that it was granted relief from stay to proceed to foreclose on the Debtor's real property.  (Docket No. 160 in the Prior Chapter 11 Case, the "Order".)  The Order entered on January 7, 2019 and this Involuntary Case was filed on January 16, 2019.  The Lender asserts that its foreclosure sale of the Debtor's real property was scheduled for 10:00 a.m. that day.

The Lender asks this Court to grant it relief from the stay in this Involuntary Case based upon the terms of the Stipulated Agreement entered into in the Prior Chapter 11 Case.  The Lender, however, has not filed a motion for relief from stay pursuant to and in accordance with L.B.R. 4001-1 in this Involuntary Case.  The record of this Involuntary Case reflects that the Lender filed a Motion to Dismiss this Involuntary Case as a bad faith filing. (Docket No. 7.)  Furthermore, the Lender alleges in its Motion and the Motion to Dismiss facts which may entitle it to more expedited relief from stay.   However, the Prior Chapter 11 Case and this Involuntary Case are separate cases.  So, a new motion for relief from stay must be filed in this Involuntary Case.  Any new motion for relief from stay may be predicated on the Stipulated Agreement.  Accordingly, the Court

ORDERS that the Lender's Motion as framed is DENIED without prejudice;

FURTHER ORDERS that in preparation for filing its new motion for relief from stay and pursuant to L.B.R. 4001-1(a)(1), the Lender may select from the calendar of available hearing dates for the undersigned judge a proposed hearing date which is approximately 14 days, more or less, from the filing of the new motion for relief from stay;

FURTHER ORDERS the Lender shall advise in its Notice (L.B.F. 4001-1.1) that any objection to the new motion shall be filed by a specific date that is seven days prior to the hearing date selected in accordance with L.B.R. 4001-1(a)(1) and this order; and

FURTHER ORDERS that except as modified by this order, the prosecution of the new motion, any objection thereto, and any hearing thereon shall be governed by L.B.R. 4001-1(a) and (c).

DATED this 30th day of January, 2019.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge