UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| 11380 Smith Road, LLC | ) | Case No. 19-10286 (TBM) |
| EIN: 46-4766309 | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**STIPULATED RESPONSE TO INVOLUNTARY PETITION**

The captioned debtor, 11380 Smith Road, LLC (the "Debtor"), and petitioning creditor, Mid American Plastic Systems ("MAPS"), by and through their respective undersigned counsel, for their Stipulated Response to Involuntary Petition.

1. On January 16, 2019, MAPS filed the captioned Involuntary Petition against the Debtor (the "Involuntary Case").

2. On January 18, 2019, undersigned counsel accepted service of the Subpoena for the Involuntary Petition.

3. The Involuntary Petition was filed under Chapter 7 of the Bankruptcy Code.

4. The Debtor confesses the Involuntary Petition except the Debtor converts this case to a case under Chapter 11 of the Bankruptcy Code.

5. The Debtor asserts that relief under Chapter 11 is appropriate because the Debtor is in the process of finalizing the sale of its primary asset 11380 Smith Road, Aurora, Colorado, 80010.

6. Counsel for the Debtor has conferred with counsel for the petitioning creditor who consents to this case preceding under Chapter 11 of the Bankruptcy Code.

DATED February 6, 2019

Respectfully submitted,
BUECHLER & GARBER, LLC

/s/ Aaron A. Garber
_____
Aaron A. Garber, #36099
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
aaron@bandglawoffice.com

So Stipulated to this 6th day of February, 2019,

*/s/Duncan E. Barber*
Duncan E. Barber #16768
Shapiro Bieging Barber Otteson,LLP
7979 E. Tufts Avenue
Ste. 1600
Denver, CO 80237-3358
Telephone: 720-448-5432
Email: dbarber@sbbolaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 6, 2019 I served by ECF a copy of the **STIPULATED RESPONSE TO INVOLUNTARY PETITION** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

| Duncan E. Barber | US Trustee |
| 7979 E. Tufts Avenue | Byron G. Rogers Federal Building |
| Ste. 1600 | 1961 Stout St. Ste. 12-200 |
| Denver, CO 80237-3358 | Denver, CO 80294-6004 |

By: */s/ Nichole Garber*
      For Buechler & Garber, LLC