# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| 11380 SMITH RD LLC | )   Case No.  19-10286-TBM |
| | )   Chapter 7 |
| Debtor. | ) |

## UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND
## REQUEST FOR NOTICES

The United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices.  Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: February 14, 2018                    Respectfully submitted,

                                            PATRICK S. LAYNG
                                            UNITED STATES TRUSTEE

                                            /s/ R. Samuel Boughner
                                            By: R. Samuel Boughner, AR#2010272
                                            Trial Attorney for the U.S. Trustee
                                            1961 Stout Street, Suite 12-200
                                            Denver, CO  80294
                                            (303) 312-7252
                                            (303) 312-7259 fax
                                            Samuel.Boughner@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: February 14, 2018

11380 Smith Rd, LLC
11380 Smith Road
Aurora, CO 80010

Aaron A. Garber, via CM/ECF

Duncan E. Barber, via CM/ECF

Timothy M. Swanson, via CM/ECF

                                              /s/ Samuel Boughner
                                              Office of the United States Trustee