UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re                                         )
                                              )
11380 Smith Road, LLC                         )   Case No. 19-10286 (TBM)
EIN: 46-4766309                               )
                                              )
                                              )   Chapter 7
                                              )
Debtor.                                       )

## SUPPLEMENTAL RESPONSE TO 11380 SMITH ROAD INVESTMENTS, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTIONS 362(D)(1) AND (4) OF THE BANKRUPTCY CODE

The captioned debtor, 11380 Smith Road, LLC (the "Debtor"), by and through its counsel, Buechler & Garber, LLC, for its Supplemental Response to 11380 Smith Road Investment LLC's Motion for Relief from the Automatic Stay Pursuant to Sections 362(D)(1) and (4) of the Bankruptcy Code.

### BACKGROUND

1. On the same date hereof the Debtor received the attached Letter of Interest to purchase its real property located at 11380 Smith Road, Aurora Colorado for a potential price of $5,000,000. The Debtor is currently pursuing this expression of interest to try to obtain a purchase contract.

2. If the Debtor is successful in obtaining multiple offers for the real property it will seek to establish competitive bidding and sale procedures.

DATED February 8, 2019                        Respectfully submitted,
                                              BUECHLER & GARBER, LLC

                                              /s/ Aaron A. Garber

                                              _____
                                              Aaron A. Garber, #36099
                                              999 18th Street, Suite 1230-S
                                              Denver, Colorado 80202
                                              720-381-0045 / 720-381-0382 FAX
                                              aaron@bandglawoffice.com

EXHIBIT A



**GARRISON CAPITAL REALTY ADVISORS**

February 6, 2019

Mr. Louis Hard
11380 Smith Road LLC
11380 E. Smith Road
Aurora, CO 80011
E-Mail: louishard@comcast.net

**Re:   11380 E. Smith Road**
**Aurora, Colorado 80011**

## NON-BINDING LETTER OF INTEREST

Dear Mr. Hard,

On behalf of Garrison Capital Realty Advisors, LLC I am pleased to submit this non-binding Letter of Interest ("**LI**") for it to purchase the fee simple interest in the Smith Road property, defined below, under the basic terms and conditions set forth herein. This LI is not intended to be legally binding as to any specific term or provision set forth below, or as to any obligation by either party to proceed with further discussions or negotiations. Only a negotiated, legally-binding contract for the purchase and sale of the Property ("**PSA**"), which is definitive and acceptable to Buyer and Seller in all respects, and properly acknowledged by Seller and Buyer, shall serve to legally bind the parties.

| | |
|---|---|
| **Purchasing and Selling Entities:** | Garrison Capital Realty Advisors LLC and/or a designated assignee ("**Buyer**") will acquire all of the rights, title, claims and interest in and to the Property from 11380 Smith Road LLC ("**Seller**"). |
| **Property:** | The real property located at 11380 E. Smith Road, Aurora, Colorado, with approximately 78,221 square feet of building on approximately 5.61 acres (hereinafter referred to as the "**Property**"). Buyer shall deliver to Seller's legal counsel a draft of the PSA within 10 days after the mutual execution of this LI, which shall include the terms and conditions set forth herein. The parties acknowledge, however, that there are other important terms besides those herein, and the parties agree to negotiate in good faith a definitive PSA incorporating these terms and other provisions mutually acceptable to both. However, if both parties have not executed a mutually acceptable PSA within thirty (30) days after mutual execution of this LI, either party may terminate this LI by written notice (which may be by facsimile or e-mail) to the other party, accompanied by a draft of a PSA acceptable to it, and such termination shall be effective at 5:00 P.M, Mountain Time on the business day after the date of the termination notice was given, unless a mutually acceptable definitive PSA has been executed by the party to whom the termination notice was given. |

**Purchase Price:** $5,000,000 ($63.92/SF), in "as is" condition. The PSA will be expressly contingent upon the Buyer's satisfaction with its inspection of the Property and the fulfillment of all other contractual contingencies.

**Deposit:** Within three (3) business days after mutual execution and delivery of the PSA (the "**Effective Date**") Buyer shall deposit $50,000 with the title company as an earnest money deposit. Upon its waiver of the inspection contingencies, below, Buyer shall deposit an additional $50,000 for a total earnest money deposit of $100,000 (said deposits, individually made and/or in the aggregate, shall hereinafter be referred to as the "**Deposit**".) The Deposit shall be held in an interest-bearing escrow account with title company. The Deposit shall be non-refundable to Buyer upon waiver of the contingencies at the expiration of the Inspection Period, except for title defects, and unless Buyer terminates the PSA due solely to Seller's default. The Deposit, together with any interest thereon, will be credited to the Purchase Price.

**Inspection Period:** Buyer shall have forty (40) days from the Effective Date of the PSA to conduct a full physical inspection of the Property, including without limitation the structure and roof, and mechanical/electrical/plumbing systems, as well as an inspection of the title, lease, financial statements, books and records, and similar items. Seller shall provide reasonable access to the Property for Buyer and/or its agents for the purpose of conducting its inspections. If Buyer is not satisfied with its inspection of the Property, in its sole and absolute discretion, the Buyer may terminate the PSA for any reason or no reason by giving a written notice of termination to Seller and title company at any time prior to the expiration of the Inspection Period, in which case the Deposit and any earnings thereon shall be promptly refunded to Buyer.

Seller shall cause to be furnished within three (3) days of the Effective Date all of the following items relating to the Property that are in its possession or can be reasonably acquired from third parties without out-of-pocket expense. In the event that Seller is unable to furnish any of the below-requested items Seller shall notify Buyer immediately of circumstances that prevent it from furnishing them. If any items are delivered after said three-day period, the Inspection Period shall be automatically extended by the number of days that the Seller takes to furnish all of such items after the three (3) day period. Seller acknowledges that the following items and information are critical for Buyer to conduct its inspection of the Property:

- A review of all existing and proposed leases

- Review of financial statements of tenants for 2017 & 2018

- A copy of a current title report showing the encumbrances of

2

record and exceptions to the title policy

- Income and expense statements for 2018 and year-to-date 2019
- A copy of the capital and operating budgets for 2018 and 2019
- All environmental studies completed for the Property
- A copy of all structural and mechanical reports completed for the Property
- A copy of a full set of architectural plans and working drawings of the Property, including all changes and updates, and including architectural drawings that would substantiate the net square footage as an industrial use for the property
- A copy of any existing ALTA survey(s), which survey shall be updated at Seller's expense
- A copy of the most recent real estate tax bill and assessment of values
- A copy of the Property insurance policy and any claims made during the preceding three (3) calendar years
- A schedule of all personal property and fixtures
- Any additional information reasonably requested by Buyer and/or Buyer's Lender, if any

**Financing:** Obtaining a loan is a condition precedent to closing the purchase of the Property, though Buyer may elect to waive this contingency and close the purchase without a loan. If Buyer chooses to seek financing, Seller agrees to cooperate with Buyer and its lender in obtaining necessary documentation to complete such financing, whether before or after the closing. Buyer will disclose to Seller 10 days after both parties have executed the PSA as to whether Buyer will seek financing. If Buyer notifies seller in writing that Buyer will pursue financing, Seller will allow 60 days from the Effective Date for Buyer to obtain financing, with closing to be scheduled within 15 days thereafter.

**Closing:** The closing will take place within thirty (30) days after Buyer's waiver of all contractual contingencies (the **"Closing Date"**).

**Closing Costs:** Seller shall be responsible for paying for the applicable transfer taxes and the documentary stamps on the deed, and for furnishing the title insurance and for paying the premium. Buyer will be responsible for paying for any title endorsements required for the transfer of the Property. Seller shall pay for any update of the ALTA survey required by the title company or lender, if any, which shall be delivered to Buyer no

3

|  |  |
|---|---|
|  | later than ten (10) business days prior to closing. Buyer and Seller shall split equally all of the recording costs and escrow fees. Each party shall be responsible for paying its own attorney's fees. |
| **Brokers:** | Ed Mullaney of Garrison Capital Realty Advisors LLC is a licensed real estate broker in the state of Colorado and will be acting as a Transaction Broker. Seller shall be responsible for paying said broker at Closing a commission of three (3%) percent of the total purchase price. The parties hereto represent and warrant that no other broker is due a commission by Buyer or Seller, and no other broker is representing either party in this transaction. |

If Seller is interested in proceeding with negotiations of the legally binding PSA on the general terms and conditions stated herein, please indicate by executing below and returning a copy of the same to my office via facsimile or e-mail prior to 5:00 pm, Monday, February 18, 2019.

**Garrison Capital Realty Advisors LLC**

*[signature: Ed Mullaney]*

Ed Mullaney
Principal

Agreed to and accepted:

| **Garrison Capital Realty Advisors LLC** | **11380 Smith Road LLC** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Its: _____ | Its: _____ |
| Date: _____ | Date: _____ |

4

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 8, 2019 I served by ECF a copy of the **SUPPLEMENTAL RESPONSE TO 11380 SMITH ROAD INVESTMENTS, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTIONS 362(D)(1) AND (4) OF THE BANKRUPTCY CODE** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

| Duncan E. Barber<br>7979 E. Tufts Avenue<br>Ste. 1600<br>Denver, CO 80237-3358 | Robert Samuel Boughner<br>US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St. Ste. 12-200<br>Denver, CO 80294-6004 |
|---|---|
| Timothy M. Swanson<br>1400 16th St.<br>6th Floor Bypassed<br>Denver, CO 80202 | |

By: */s/ Nichole Garber*
For Buechler & Garber, LLC