*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*
*<u>Minutes of Proceeding/Minute Order</u>*

| Date: February 14, 2019 | Honorable Thomas B. McNamara, Presiding<br>Anne E. R. Tunnell, Law Clerk |
|---|---|
| In re:<br><br>11380 Smith Rd LLC,<br><br><br>Debtor.<br><br>―――――――――<br><br>11380 East Smith RD Investments, LLC,<br><br>Movant,<br><br>v.<br><br>11380 Smith Rd, LLC,<br><br>Respondent. | Bankruptcy Case No. 19-10286 TBM<br>Chapter 7 (Involuntary Case) |

<u>Appearances</u>

| Trustee | | Counsel | |
|---|---|---|---|
| Debtor | | Counsel | **Aaron A. Garber** |
| Creditor | **11380 East Smith RD Investments LLC** | Counsel | **Timothy M. Swanson, David A. Laird** |
| Pet.Cred. | **Tim Henzel/Mid America Plastic Systems** | Counsel | **Duncan E. Barber** |

**PROCEEDINGS**: Motion for Relief from Stay (Docket No. 11, the "Motion") filed by 11380 East Smith RD Investments, LLC (the "Lender") and the Responses thereto filed by the Debtor (Docket Nos. 20 & 22) and Mid America Plastic Systems and Tim Henzel (the "Petitioning Creditor") (Docket No. 21)

[X] The Court heard proffers of evidence from: the Lender; the Debtor; and the Petitioning Creditor. Lender offered into evidence its Exhibits 1-18. Debtor objected to Exhibits 5 and 15 as hearsay. The Debtor offered its Exhibits A (same as Lender's Exhibit 17), Exhibit B (same as Lender's Exhibit 18); and Exhibit C. The Lender objected to Exhibit C as hearsay, irrelevant, and for lack of foundation. The Petitioning Creditor offered its Exhibits A and B. The Lender did not object to either of the exhibits offered by the Petitioning Creditor.
[X] The Court sustained: the Debtor's objections to the Lender's Exhibits 5 and 15; and the Lender's objection to Debtor's Exhibit C.
[X] The Court admitted into evidence; Lender's Exhibits 1-4, 6-14 and 16-18; Debtor's Exhibits A and B (duplicates of Lender's Exhibits 17 and 18 which have been admitted into evidence); and Petitioning Creditor's Exhibits A and B. See attached Lists.
[X] The Lender requested that if the Court were to grant its Motion, that it waive the stay of Fed. R. Bankr. P. 4001(a)(3) and make its order effective immediately.
[X] The Court rendered oral findings and conclusions on the record granting the Motion.

[X] After the Court granted the Lender's Motion, the Debtor requested that the Court leave the stay of Fed. R. Bankr. P. 4001(a)(3) in place to permit it to generate third party interest in bidding at the foreclosure sale.

[X] The Lender advised that, as a practical matter, the earliest it could conduct its foreclosure sale would be Wednesday, February 27, 2019. The Debtor indicated that would give it sufficient time.

**ORDERS**:

[X] The Court finds that the Motion need not be set over for a final hearing under Section 362(e)(1).

[X] The Lender's Motion (Docket No. 11) is GRANTED, effective immediately. The Court waived the Fed. R. Bankr. P. 4001(a)(3) stay of its Order Granting Relief from Stay. The Court considered the Debtor's request to leave the stay in place which it made after the Court's wavier of the Fed. R. Bankr. P. 4001(a)(3). The Court concluded that its order waiving the Rule 4001(a)(3) would remain in effect in light of the Lender's representations that it would not conduct its foreclosure sale until February 27, 2019, and the Debtor's agreement that would be sufficient time for it to enlist third party bids at the foreclosure sale.

[X] The Court ruled on the Involuntary Petition and the Debtor's consent thereto (Docket No. 18). The Court granted the relief requested under the Petition. A separate Order for Relief under Chapter 7 will enter. The Debtor's stated intention to convert to Chapter 11 as noted in its consent is of no effect. However, the Debtor may pursue its rights to convert consistent with applicable law and procedure.

[X] Unless, the Lender elects not to pursue its remaining pending motions, the Lender's Motion to Dismiss (Docket No. 7) and its Motion to Prohibit Use of Cash Collateral (Docket No. 30), the Court will address them in ordinary course upon the filing of a certificate of contested or non-contested matter in accordance with L.B.R. 9013-1.

[X] Except as provided for in 11 U.S.C. § 363(c)(2), the Court admonished the Debtor that it may not use cash collateral without the consent of any party holding an interest in such cash collateral.

Date: February 14, 2019

**IT IS SO ORDERED:**

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge

**FOR THE COURT:**
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

By: *Anne E. R. Tunnell*
Anne E. R. Tunnell, Law Clerk

**Attachment 1**

*11380 East Smith RD Investments, LLC's, Exhibit List*

**Preliminary Hearing on Stay Relief Motion**
**(Docket Nos. 11, 13, 20, 21 and 22)**
**Thursday February 14 at 9:00 a.m. MT**

| Ex. No. | Date | Description | Offered | Obj. | Stip. | Admitted | Other |
|---|---|---|---|---|---|---|---|
| 1 | 10/25/2016 | Promissory Note | ✓ | | | ✓ | |
| 2 | 10/25/2016 | Deed of Trust | ✓ | | | ✓ | |
| 3 | 10/25/2016 | Assignment of Rents | ✓ | | | ✓ | |
| 4 | 10/12/2017 | Notice of February 2018 Trustee's Sale | ✓ | | | ✓ | |
| 5 | 3/21/2018 | Email from Matt Capecelatro Regarding Proposed Sale Contract From Hampton Partners | ✓ | ✓ | | NOT | Obj Sustained |
| 6 | 2/9/2018 | Proposed Sale Contract from Hampton Partners | ✓ | | | ✓ | |
| 7 | 5/15/2018 | Stipulated Agreement | ✓ | | | ✓ | |
| 8 | 5/24/2018 | Notice of Objection Deadline to Approve Stipulated Agreement; Certificate of Service | ✓ | | | ✓ | |
| 9 | 6/29/2018 | Court Order Approving Stipulated Agreement | ✓ | | | ✓ | |
| 10 | 9/20/2018 | 2nd Amended Plan of Reorganization of 11380 Smith Road, LLC | ✓ | | | ✓ | |
| 11 | 9/27/2018 | Certificate of Service of 2nd Amended Plan of Reorganization of 11380 Smith Road, LLC | ✓ | | | ✓ | |
| 12 | 10/31/2018 | Court Order Confirming 2nd Amended Plan of Reorganization of 11380 Smith Road, LLC | ✓ | | | ✓ | |
| 13 | 1/2/2019 | Stay Relief Notice | ✓ | | | ✓ | |
| 14 | 1/7/2019 | Comfort Order Granting Stay Relief | ✓ | | | ✓ | |
| 15 | 1/16/2019 | Public Trustee's Notice of Receipt of Involuntary Petition | ✓ | ✓ | | NOT | Obj Sustained |

1

| # | Date | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | 12/27/2018 | Agreement Between Mid America Plastics Systems and 11380 East Smith RD LLC | ✓ | | | ✓ | |
| 17 | 2/7/2019 | Proposed Sale Contract From Hampton Partners | ✓ | | | ✓ | |
| 18 | 2/6/2019 | Non-Binding Letter of Interest | ✓ | | | ✓ | |
| 19 | | Any pleading, exhibit, or item previously presented to, or filed with, the Court in the Debtor's pending Chapter 11 case (Bankr. D. Colo., Case No. 18-10965 (TBM)) | | | | | |
| 20 | | Any pleading, exhibit, or item previously presented to, or filed with, the Court in this involuntary bankruptcy case | | | | | |
| 21 | | Any exhibit or demonstrative designated or used by any other party | | | | | |
| 22 | | Any exhibits necessary to rebut the testimony of witnesses called or designated by any other party or the evidence or arguments presented by any other party | | | | | |

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re )
)
11380 Smith Road, LLC ) Case No. 19-10286 (TBM)
EIN: 46-4766309 )
)
) Chapter 7
Debtor. )

**EXHIBIT LIST FOR HEARING**

Submitted by: 11380 Smith Road
In connection with: Motion for Relief from Automatic Stay and Objection thereto set for February 14, 2019 at 9:00 a.m.

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A | Purchase Agreement – Hampton Properties Management | Yes | Yes | SAME AS Lender Ex. 17 |
| B | Letter of Interest – Garrison Capital Realty Advisors | Yes | Yes | SAME AS Lender Ex. 18 |
| C | Reserved, additional offers for the real property | Yes | No | Objected to |
| | Any Exhibits introduced by any other party | | | |
| | Any Exhibit necessary for rebuttal or impeachment | | | |

-3-

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
) Case No. 19-10286-TBM
11380 Smith Rd LLC ) Chapter 7
)
Debtor )

**MID AMERICA PLASTIC SYSTEMS' AMENDED WITNESS AND EXHIBIT LIST**

Pursuant to Local Bankruptcy Rule 4001-1, Mid America Plastic Systems ("Mid America"), by and through its attorneys Shapiro Bieging Barber Otteson LLP, hereby submits its Amended Witness and Exhibit List in advance of the February 14, 2019 Hearing on the Motion for Relief from Automatic Stay and Objections.

**WITNESSES**:

1. Tim Henzel, Mid America. If called to testify, Mr. Henzel would regarding the underlying debt and other matters at issue.

2. Any witness identified by other parties.

3. Any witness needed for rebuttal.

**EXHIBITS**:

| Ex. No. | Description | Offered (Yes/No) | Objected (Yes/No) | Stipulated (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|---|---|
| A | Doc. # 1 in 11380 Smith Rd LLC, Case No. 18-10965. | Yes | No | | Yes | |
| B | Movant's Bid at underlying Foreclosure Sale. | Yes | No | | Yes | |

In addition to the foregoing Exhibits, Mid America may introduce the following Exhibits:

A. Any other pleadings and orders in this case or Case No. 18-10965.

B. Any exhibit offered by any other party.

C. Any exhibit necessary for rebuttal.

545362