**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br>11380 Smith Rd, LLC<br>EIN: 46-4766309<br><br>Debtor. | Bankruptcy Case No. 19-10286 TBM<br>Chapter 7<br>*Involuntary Petition* |

**ORDER FOR RELIEF AND PROCEDURE IN INVOLUNTARY CASE**

THIS MATTER comes before the Court on the involuntary petition (Docket No. 2, the "Petition") filed by Mid America Plastic Systems (the "Petitioning Creditor") on January 16, 2019 against the above-named debtor. On February 6, 2019, the Debtor filed its "Stipulated Response to Involuntary Petition" (Docket No. 18, the "Consent") in which the Debtor consented to the entry of an Order for Relief. Accordingly, and pursuant to Fed. R. Bankr. P. 1013(b), an order for relief must be entered promptly. Therefore, the Court:

ORDERS that the Petition for an Order for Relief under Chapter 7 of Title 11 of the United States Code is GRANTED;

FURTHER ORDERS an Order for Relief under Chapter 7 of Title 11 of the United States Code is ENTERED;

FURTHER ORDERS that pursuant to Fed. R. Bankr. P. 1007(a)(2), Debtor shall file **WITHIN SEVEN (7) DAYS OF THE ENTRY OF THIS ORDER** a list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms; and

FURTHER ORDERS that pursuant to Fed. R. Bankr. P. 1007(c), Debtor shall file **ON OR BEFORE FOURTEEN (14) DAYS FROM THE DATE OF ENTRY OF THIS ORDER** the schedules, statement of financial affairs and other documents required by Fed. R. Bankr. P. 1007(b)(1).

DATED this 15th day of February, 2019.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge