### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>11380 SMITH RD, LLC,<br><br>Debtor.<br><br>―――――――――――――――――<br><br>11380 EAST SMITH RD INVESTMENTS, LLC,<br>Movant<br><br>v.<br><br>11380 SMITH RD, LLC,<br>Respondent. | Bankruptcy Case No. 19-10286 TBM<br>Chapter 7 |

___

### ORDER GRANTING 11380 EAST SMITH RD INVESTMENTS, LLC MOTION FOR RELIEF FROM STAY
___

Pursuant to and in accordance with the findings and conclusions rendered on the record on February 14, 2019 by the Honorable Thomas B. McNamara, it is:

ORDERED that the Motion for Relief from Stay (Docket No. 11) filed by 11380 East Smith RD Investments, LLC (the "Lender") is GRANTED as set forth herein;

FURTHER ORDERED that the stay of 11 U.S.C. § 362(a) is lifted as to the real property commonly known as 11380 East Smith Road, Aurora, Colorado 80010 (the "Property") to permit the Lender to pursue its rights and remedies at state law with respect to the Property, including but not limited to, foreclosure and sale of the Property by the Public Trustee of Adams County, Colorado;

FURTHER ORDERED that this Court's Order granting the Lender relief from stay is effective immediately and the stay provided for in Fed. R. Bankr. P. 4001(a)(3) is WAIVED in light of the Lender's representations that it would not conduct its foreclosure sale of the Property until on or after February 27, 2019.

Dated this 15th day of February, 2019.

BY THE COURT:

_Thomas B. McNamara_
Thomas B. McNamara
United States Bankruptcy Judge
