UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

In re:

11380 SMITH RD LLC.

Debtor.

Bankruptcy Case No. 19-10286 TBM
Chapter 7

### ORDER DISMISSING CHAPTER 7 CASE

Before the Court are two motions to dismiss this Chapter 7 case. The primary secured lender, 11380 East Smith Rd Investments, LLC (the "Lender") filed its "Motion to Dismiss Involuntary Bankruptcy Case" (Docket No. 7, the "Lender's Motion") on January 25, 2019. The Debtor sought an extension of time to respond to the Lender's Motion, which the Court granted. On March 1, 2019, the Debtor filed a "Notice of Intent Not to Object" (Docket No. 56, the "Notice") wherein the Debtor stated it did not oppose dismissal of this case.

On March 11, 2019, the Debtor filed the second motion to dismiss: "Motion to Dismiss Case or Alternative Relief" (Docket No. 63, the "Debtor's Motion"). In its related Motion to Shorten the Notice Period (Docket No. 66, the "Motion to Shorten"), the Debtor noted that the Lender did not take any action as is required by L.B.R. 9013-1(c) to obtain an order on the Lender's Motion and the Debtor's Notice. The record in this case reflects that, to date, the Lender has not sought an order granting Lender's Motion.

The Debtor asserts it gave proper notice of Debtor's Motion to creditors and parties in interest, including the Chapter 7 Trustee, and no objection was filed. Accordingly, the Court:

ORDERS that the Debtor's Motion to Dismiss (Docket No. 63) is GRANTED;

FURTHER ORDERS that this Chapter 7 case be, and is hereby DISMISSED; and

FURTHER ORDERS that the Clerk of Court shall cause notice of this Order dismissing this Chapter 7 case be given to all creditors and parties in interest using such addresses as are available in the record.

DATED this 28th day of March, 2019.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge